[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12149
Non-Argument Calendar
_____

D.C. Docket No. 9:18-cr-80238-DMM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARTURO SANCHEZ-ROSALES,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 16, 2020)

Before WILSON, NEWSOM and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Adler, appointed counsel for Arturo Sanchez-Rosales in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sanchez-Rosales's convictions and sentences are **AFFIRMED**.